UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY DUETT,<br><br>               Plaintiff,<br><br>   v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>               Defendant. | CASE NO. 2:19-cv-01917-LK<br><br>**ORDER DIRECTING STATE FARM TO COMPLY WITH PRIOR COURT ORDER** |

       On February 11, 2022, the Court ordered Defendant State Farm Mutual Automobile Insurance Company "State Farm" to produce to the Court for *in camera* review all materials that it redacted or withheld from production under the attorney-client privilege. *See* Dkt. 34. The disputed materials (withheld or redacted as work product and/or attorney-client) are clearly set out in the parties' filings (*see* Dkt. 24, Declaration of R. Johnson, Judge, Chart at pp. 2-3).[1]

       State Farm withheld or redacted "Log Notes" (SFCLAIM000045-SFCLAIM000047) and "Correspondence" (SFCLAIM000258-SFCLAIM000266) based on the attorney-client privilege. However, State Farm produced *in camera* only a letter dated June 25, 2018 from State Farm to counsel, which refers the claim file to counsel for review and references an enclosed encrypted CD, and three copies of a letter dated June 26, 2018, which instructs counsel on how to access the materials on the encrypted CD. State Farm did not produce the CD or its contents to the

---

[1] Mistakenly referred to in the Court's Order as pp. 3-4.

ORDER DIRECTING STATE FARM TO
COMPLY WITH PRIOR COURT ORDER - 1

Court. State Farm also did not produce any of the Log Notes (SFCLAIM000045-SFCLAIM000047).

The Court also ordered State Farm to produce unredacted portions of the Claim File presently marked as "work product" which predate the IFCA Notice of July 10, 2019; to provide answers to Interrogatory Nos. 2, 3, 4, and 5; and to provide deposition answers regarding State Farm's investigation and analysis of Plaintiff's claim prior to the IFCA Notice. Dkt. 34, p. 10.

Accordingly, it is **ORDERED**:

1) State Farm has failed to substantially comply with the Court's February 11, 2022 Order (Dkt. 34) and shall produce to the Court for *in camera* review **by no later than March 4, 2022,** unredacted copies of SFCLAIM000045-SFCLAIM000047) and (SFCLAIM000258-SFCLAIM000266, including the CD enclosed with the letter to counsel). State Farm may produce the CD in unencrypted format or produce hard copies of the contents of the CD.

2) State Farm shall provide proof **by no later than March 4, 2022** of its production to Plaintiff of unredacted Log Notes (SFCLAIM000100-SFCLAIM000105; SFCLAIM000144-SFCLAIM000147; SFCLAIM000150-SFCLAIM000155) and State Farm's answers to Interrogatories 1, 2, 3, 4, and 5. State Farm shall further provide the Court with a status report regarding the parties' scheduling for follow-on deposition responses as to State Farm's investigation and analysis of Plaintiff's UIM claim prior to the IFCA Notice.

3) State Farm's failure to comply fully with this Order will result in the issuance of sanctions.

DATED this 28th day of February, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DIRECTING STATE FARM TO
COMPLY WITH PRIOR COURT ORDER - 2