UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY DUETT,<br><br>               Plaintiff,<br><br>   v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>               Defendant. | CASE NO. 2:19-cv-01917-LK-BAT<br><br>**ORDER REGARDING PLAINTIFF'S MOTION TO COMPEL (DKT. 23)** |

      Counsel for Defendant State Farm Mutual Automobile Insurance Company ("State Farm") has represented to the Court that State Farm produced unredacted copies of all documents at issue in Plaintiff Mary Duett's motion to compel (Dkt. 23; Dkt. 24, pp. 2-3). Additionally, State Farm will provide supplemental answers to interrogatories and the parties will confer regarding the rescheduling of any depositions. Thus, and unless otherwise advised by the parties, the Court considers the issues raised in Plaintiff's motion (Dkt. 23) to be resolved, except Plaintiff's request for sanctions. *Id.*, pp. 11-12. If Plaintiff wishes to pursue the motion for sanctions, she should file a separate motion, with briefing and proof of fees and costs incurred, and note the motion pursuant to LR 7(b).

      DATED this 8th day of March, 2022.

                                                          BRIAN A. TSUCHIDA
                                                          United States Magistrate Judge